AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
Eniko Somodi ) Case No. 11-mj-1159-RBC
_____ )
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: DEC 2 2 2011

Somodi Enikő
*Defendant's signature*

_____
*Signature of defendant's attorney*

John G. Darrell
*Printed name and bar number of defendant's attorney*
#114450

16 School St Dedham
*Address of defendant's attorney*

attys d@verizon.net
*E-mail address of defendant's attorney*

781-407-9794
*Telephone number of defendant's attorney*

781-409-9798
*FAX number of defendant's attorney*