# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                  MAGISTRATE JUDGE'S DOCKET
                                          NO. 2011-mj-1159-RBC-02

ENIKO SOMODI,
      Defendant.

## ORDER PURSUANT TO RULE 5.1, FED.R.CRIM. P.

COLLINGS, U.S.M.J.

      The defendant appeared with counsel on December 22, 2011. At that time, after being fully informed of her rights, the defendant waived her right to a preliminary hearing pursuant to Rule 5.1, Fed. R. Crim. P.

      Accordingly, pursuant to Rule 5.1(a), Fed. R. Crim. P., it is ORDERED that the defendant be, and she hereby is, held for further proceedings.

      Pursuant to Rule 5.1(c), Fed. R. Crim. P., all papers in the above-styled case are TRANSMITTED herewith to the District Court.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date:  December 22, 2011.