AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>all funds on deposit in TD Bank, N.A.<br>account number 8248930724, held in the<br>name of PPL Trading Services LLC | )<br>)<br>)   Case No.   11-mj-01159-RBC<br>)<br>) |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of ___Massachusetts___ is subject to forfeiture to the United States of America under __18; 28__ U.S.C. §§ __981, 982; 2461__ *(describe the property)*:

all funds on deposit in TD Bank, N.A. account number 8248930724, held in the name of PPL Trading Services LLC.

The application is based on these facts:

See Affidavit attached as Exhibit A

☑ Continued on the attached sheet.

_____
*Applicant's signature*

USPIS Inspector Ryan T. Noonan
*Printed name and title*

Sworn to before me and signed in my presence.

Date: FEB 2 2 2012

_____
*Judge's signature*

City and state: Boston, Massachusetts

Robert B. Collings, U.S. Magistrate Judge
*Printed name and title*