AO 108 (Rev 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
all funds on deposit in Bank of America account ) Case No.   11-mj-01159-RBC
number 4616915077, held in the name of Positive )
Automotive, LLC, up to the amount of $1,000 )

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of ____Massachusetts____ is subject to forfeiture to the United States of America under __18; 28__ U.S.C. § __981; 2461__ *(describe the property)*:

all funds on deposit in Bank of America account number 4616915077, held in the name of Positive Automotive, LLC, up to the amount of $1,000.

The application is based on these facts:

See Affidavit attached as Exhibit A

☑ Continued on the attached sheet.

_____
*Applicant's signature*

USPIS Inspector Ryan T. Noonan
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   FEB 22 2012

_____
*Judge's signature*

City and state:  Boston, Massachusetts            Robert B. Collings, U.S. Magistrate Judge
*Printed name and title*