AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>all funds on deposit in Bank of America account number 4635076913, held in the name of AMA Zone Market, LLC | ) ) ) ) ) Case No.   11-mj-01159-RBC |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of _____Massachusetts_____ is subject to forfeiture to the United States of America under   18; 28   U.S.C. §§ 981, 982; 2461 *(describe the property)*:

all funds on deposit in Bank of America account number 4635076913, held in the name of AMA Zone Market, LLC.

The application is based on these facts:

See Affidavit attached as Exhibit A

☑ Continued on the attached sheet.

_____
*Applicant's signature*

USPIS Inspector Ryan T. Noonan
*Printed name and title*

Sworn to before me and signed in my presence.

Date: FEB 2 2 2012

_____
*Judge's signature*

City and state:  Boston, Massachusetts

Robert B. Collings, U.S. Magistrate Judge
*Printed name and title*