AO 109 (Rev 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| In the Matter of the Seizure of )<br>*(Briefly describe the property to be seized)* )<br>all funds on deposit in Sovereign Bank account )<br>number 10027369346, held in the name of )<br>Vanesas Papas, up to the amount of $25 ) | Case No.  11-mj-01159-RBC |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____Massachusetts_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

all funds on deposit in Sovereign Bank account number 10027369346, held in the name of Vanesas Papas, up to the amount of $25.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____03/07/2012_____
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____Robert B. Collings_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____.

FEB 2 2 2012

Date and time issued:  at 2:42 pm     _____/s/_____
                                                        *Judge's signature*

City and state:   Boston, Massachusetts                 Robert B. Collings, U.S. Magistrate Judge
                                                        *Printed name and title*

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210